**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Lynne MEREDITH, aka Bonita Lynne Meredith, Defendant—Appellant.**

**United States oOf America, Plaintiff—Appellee,**

v.

**Gayle Bybee, Defendant—Appellant.**

**United States of America, Plaintiff—Appellee,**

v.

**Nora Moore, Defendant—Appellant.**

**United States of America, Plaintiff—Appellee,**

v.

**Gregory P. Karl, Defendant—Appellant.**

Nos. 04–50006, 04–50007, 04–50011, 04–50015.

D.C. Nos. CR–02–00372–DDP–01, CR–02–00372–DDP–02, CR–02–00372–DDP–07, CR–02–00372–DDP–03.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Feb. 14, 2005.

Decided March 3, 2005.

Alicia Villarreal, Esq., Brian D. Hershman, Esq., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff-Appellee.

Joe A. Izen, Jr., Esq., Izen & Associates, PC, Bellaire, TX, Terrence A. Roden, Esq., John D. Robertson, Esq., Law Offices of John D. Robertson, Los Angeles, CA, Marcia J. Brewer, Esq., Law Offices of Marcia J. Brewer, Culver City, CA, for Defendants–Appellants.

Before KLEINFELD, WARDLAW, and BERZON, Circuit Judges.

### ORDER *

These interlocutory appeals are DISMISSED for lack of jurisdiction. The appellants have not yet been sentenced, and 28 U.S.C. § 1291 "prohibits appellate review until after conviction *and* imposition of sentence." *Midland Asphalt Corp. v. United States*, 489 U.S. 794, 798, 109 S.Ct. 1494, 103 L.Ed.2d 879 (1989) (emphasis added). Nor do these appeals fall under the collateral order exception, as the issues raised may be reviewed on direct appeal. *See Abney v. United States*, 431 U.S. 651, 663, 97 S.Ct. 2034, 52 L.Ed.2d 651 (1977); *United States v. Bird*, 359 F.3d 1185, 1190 (9th Cir.2004); *United States v. Hickey*, 367 F.3d 888, 893–95 (9th Cir.2004).

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.